IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIAM ERIC COONTZ,

      Appellant,

 v.
                      Case No.  5D22-2191
                      LT Case No. 1994-CF-347

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 1, 2022

3.850 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

William E. Coontz, Huttonsville, WV, pro
se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


EVANDER, EDWARDS and HARRIS, JJ., concur.